## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | NO. 4:07CR00133 JLH | |
| ANDRE JEFFERSON and<br>JOHN KENNETH PORCHIA, JR. | | DEFENDANTS |

## ORDER

By Order dated December 18, 2007, trial of this matter was set for the week of June 9, 2008.

The Court has determined that the trial should begin at *9:30 a.m. on TUESDAY, JUNE 10, 2008*, in Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial time.

IT IS SO ORDERED this 2nd day of June, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE