### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN  DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                   No. 4:07CR00133 JLH

ANDRE JEFFERSON                                              DEFENDANT

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, Jefferson's *pro se* motion to

vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is denied.   A certificate of

appealability is denied.

IT IS SO ORDERED this 2nd day of September, 2010.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE